## APPEAL OF J. E. ASBURY.

Docket No. 6723. Decided September 30, 1926.

*Geo. M. Stanton, Esq.,* for the petitioner.
*M. N. Fisher, Esq.,* for the Commissioner.

This appeal is from the determination of a deficiency of $1,165.37 in income tax for the year 1919. The only question involved is the correctness of the Commissioner's action in including in the peti-

tioner's gross income for the calendar year 1919 his distributive share of a partnership's income for its entire fiscal year ended August 31, 1919.

### FINDINGS OF FACT.

Petitioner is a resident of Elberton, Ga. During 1920 his tax liability was investigated by an internal revenue agent, who included in his income for the calendar year 1918 a proportionate part of the earnings for the period September 1, 1918, to December 31, 1918, of Elberton Cotton & Compress Co., a partnership of which the petitioner was a member, and which was on a fiscal year basis ended August 31. Based on such investigation, he paid an additional tax of $461.40 for the year 1918. The Commissioner has now included the petitioner's distributive share of the earnings of the Elberton Cotton & Compress Co. for the entire fiscal year beginning September 1, 1918, and ending August 31, 1919, in his income for 1919.

The petitioner renders his return on a calendar year basis.

### OPINION.

MORRIS: The adjustment, upon which the petitioner alleges error, of his income for the calendar year 1919 from the partnership of which he was a member, having a fiscal year ended August 31, is in accordance with section 218 (a) of the Revenue Act of 1918. *Appeal of J. H. Goadby Mills,* 3 B. T. A. 1245.

*Judgment for the Commissioner.*